UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV03-1921 CBM(FMOx)          Dated: Nov. 16, 2004
Title: United States vs Nathaniel Friedman, et al

PRESENT: THE HON. CONSUELO B. MARSHALL, U. S. DISTRICT JUDGE

Joseph M. Levario          n/a
Deputy Clerk (213) 894-5288          Court Recorder

Attorneys Present for Plaintiff          Attorneys Present for Defendants:

n/a          n/a

Proceedings:

On the Court's own motion, Jury Trial is continued to January 25, 2005 at 10:00 A.M.

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

Initials of Deputy Clerk



DOCKETED ON CM
NOV 17 2004
BY _____ 072



78